No. 99–9091. CLYATT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9095. REYNOLDS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–9108. BETTS v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9130. TRUMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9139. DeMEO v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–9146. FELLS, AKA JOHNSON v. UNITED STATES; and
No. 99–9334. MILES v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 210 F. 3d 363.

No. 99–9160. DIVINE, AKA HORTON v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 99–9183. HERMAN v. DOVALA, SHERIFF, NATRONA COUNTY, WYOMING, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9209. RIVERA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–9218. DeFOE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–9248. HOLLAR v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 99–9256. HARRIS v. SIZER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9258. ROBERTS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.